JOSEPH MOSKOWITZ et al., Respondents, *v.* PREFERRED
INVESTING CO., INC., Appellant.

*Commissions — action to recover commissions alleged to have been earned
on an exchange of real property.*

*Moskowitz* v. *Preferred Investing Co.*, 194 App. Div. 883, affirmed.
(Submitted March 16, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1920, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover commissions. The complaint alleged that the defendant employed plaintiffs to act as brokers in a transaction to exchange the property of defendant for that of the William F. Kenny Company; that the plaintiffs entered upon such employment and pursuant thereto induced the Kenny Company to consummate the exchange; that during the course of plaintiff's negotiations with the Kenny Company, the defendant requested plaintiffs to cease further negotiations but to permit the defendant personally to continue the negotiations already begun by plaintiffs, and the defendant agreed to pay plaintiffs the customary broker's commissions when the trade with the Kenny Company was completed; that pursuant to said request, the plaintiffs ceased further negotiations for said trade, although they were at all times ready, able and willing to go on with same; that the exchange was consummated by the transfer of the property of the defendant for properties of the Kenny Company, and that deeds therefor and all other necessary papers were executed and delivered; that plaintiffs have

duly performed all things on their part to be performed except such things as they were requested not to do by defendant, but that defendant has neglected and refused to pay the agreed commissions.

*Clifford C. Roberts* and *Sydney S. Jalkut* for appellant.
*Alexander Pfeiffer, Edward D. Newman* and *Leonard Klein* for respondents.

Judgment affirmed with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.